NUMBERS 13-06-370-CV


 13-07-169-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


G. CAMERON DUNCAN, JR., ET AL., Appellants,


v.



J. MICHAEL HERSHEY AND JEFFREY M. HERSHEY, Appellees.

___________________________________________________________________


On appeal from the 329th District Court 


of Wharton County, Texas


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam



 An appeal from a judgment entered by the 329th District Court of Wharton
County, Texas, in cause number 34,924-S was perfected by appellants, G. Cameron
Duncan, Jr., F. B. Duncan Land Partners, Ltd., May Shellmire Duncan, Genevieve
Lykes Duncan, Mary Bell Rogers, and Olive Hershey Spitzmiller. This appeal was
docketed in this Court as cause number 13-06-370-CV. Appellants, Matthew R. Helm,
Bowie Helm, and Reagan C. Helm, attempted to perfect an appeal from the same
judgment. Judgment in this cause was signed on March 29, 2006. A timely motion
for new trial was filed. Pursuant to Tex. R. App. P. 26.1(d), the Helms' notice of
appeal was due on July 11, 2006, but was not filed until July 14, 2006. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellants were advised that, if the defect was not
corrected within ten days from the date of receipt of this Court's letter, the appeal
would be dismissed. To date, no response has been received from the Helms.

 The Court, having examined and fully considered the documents on file, the
Helms' failure to timely perfect their appeal, and their failure to respond to this Court's
notice, is of the opinion that the attempted appeal by the Helms should be severed
from the original appeal and be dismissed for want of jurisdiction. The appeal as it
relates to appellants, Matthew R. Helm, Bowie Helm, and Reagan C. Helm is severed
from the original appeal and is docketed under cause number 13-07-169-CV. The
appeal in cause number 13-07-169-CV is hereby DISMISSED FOR WANT OF
JURISDICTION. The remaining issues in the appeal will remain docketed under cause
number 13-06-370-CV.

 PER CURIAM

Memorandum Opinion delivered and 

filed this 29th day of March, 2007.